**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-6923**

———————————

WILLIAM A. FISHER,

Petitioner - Appellant,

versus

COMMONWEALTH,

Respondent - Appellee.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert R. Merhige, Jr., Senior District Judge.  (CA-96-150)

———————————

Submitted:  September 5, 1996       Decided:  September 17, 1996

———————————

Before WIDENER and WILKINS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

William A. Fisher, Appellant Pro Se.  Linwood Theodore Wells, Jr., Assistant Attorney General, Richmond, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (1988), amended by Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability, Fisher's motions for bail pending appeal, for retrial, and to call witnesses, and dismiss the appeal on the reasoning of the district court. Fisher v. Commonwealth, No. CA-96-150 (E.D. Va. May 10, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED